UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

EFFRIAM THURSTON BOWERS, JR.,

    Plaintiff,

    v.                                                       Case No. 22-C-236

UNKNOWN POLICE OFFICERS,

    Defendant.

---

## ORDER DISMISSING CASE

---

Plaintiff Effriam Thurston Bowers, Jr., is a former prisoner previously confined at the Door County Jail who is representing himself in this 42 U.S.C. §1983 case. On February 25, 2022, the Clerk's Office mailed Bowers a letter informing him that he had to either pay the filing fee of $402.00 or file a request to proceed without prepaying the filing fee within twenty-one days. Dkt. No. 2. The letter warned Bowers, "<u>Failure to comply with this requirement may result in the Court's dismissal of your case</u>." *Id.* (emphasis in original). On March 3, 2022, the Clerk's letter was returned as undeliverable because Bowers was not at the jail. Bowers has not provided the Court with an updated address and the Court has no way to contact him to proceed with this case. In addition, because he has not received the letter, Bowers has not made the required filing fee payment or asked to proceed without prepaying the filing fee. Plaintiffs have an obligation to keep the Court informed of their updated contact information. *See* Civil L.R. 5(a)(4). Because Bowers has failed to do so, the Court will dismiss this case without prejudice for failure to pay the filing fee and failure to prosecute. *See* Civil L.R. 41(c).

**IT IS THEREFORE ORDERED** this case is **DISMISSED without prejudice** based on Bowers' failure to pay the filing fee and failure to prosecute.

Dated at Green Bay, Wisconsin this 25th day of March, 2022.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge